1  William O. Martin, Jr. (Bar No. 135399)
   R. Bryan Martin (Bar No. 221684)
2  Roxanne Irani (Bar No. 239457)
   HAIGHT BROWN & BONESTEEL LLP
3  6080 Center Drive, Suite 800
   Los Angeles, CA 90045-1574
4  Telephone: 310.215.7100
   Facsimile: 310.215.7300
5  Email: wmartin@hbblaw.com
           bmartin@hbblaw.com
6          rirani@hbblaw.com

7  Scott Sarason, *Pro Hac Vice*
   Christina Paul, *Pro Hac Vice*
8  RUMBERGER, KIRK & CALDWELL, P.A.
   Brickell Bayview Centre, Suite 3000
9  80 Southwest 8th Street
10 Miami, FL 33130-3037
   Telephone: 305.358.5577
11 Facsimile: 305.371.7580
   Email: ssarason@rumberger.com
12         cpaul@rumberger.com

13 Attorneys for Defendants BOMBARDIER
   RECREATIONAL PRODUCTS INC. AND
14 BRP US INC.

15                     UNITED STATES DISTRICT COURT

16                     EASTERN DISTRICT OF CALIFORNIA

17                          SACRAMENTO DIVISION

18 NICOLE ALFANO and MICHAEL        )    Case No. 2:08-CV-01704-JAM-DAD
   ALFANO,                          )
19                                  )    **STIPULATION AND PROTECTIVE**
              Plaintiffs,           )    **ORDER**
20                                  )
                                    )
21         vs.                      )
                                    )
22 BRP Inc. and BRP US Inc., and DOES 1 )
   through 50 inclusive,,           )
23                                  )
              Defendants.           )
24 ─────────────────────────────────)

25      The parties in this action, by and through their undersigned attorneys, hereby agree and

26 stipulate as follows with regard to discovery in this action, which the parties acknowledge involve

27 the confidential and/or proprietary information of defendants, BOMBARDIER RECREATIONAL

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3475668.1

1

STIPULATION AND PROTECTIVE ORDER

1 PRODUCTS, INC., a Corporation, and BRP US INC., a Corporation, hereinafter jointly referred

2 to as "Bombardier." Good cause exists to enter a Protective Order. Bombardier is a company

3 who specializes in the manufacturing of personal watercrafts and other types of sporting

4 recreational vehicles. Because of the nature of Bombardier's business, certain documents which

5 may be sought to be produced in this litigation are confidential and/or proprietary in that they

6 constitute trade secrets, confidential corporate or other confidential research development, or

7 commercial information requiring a specific need for a protective order before they are produced.

8      Based upon stipulation by the Plaintiffs, Nicole Alfano and Michael Alfano, and

9 Bombardier and counsel, and it having appeared to this Court that the parties have a mutual

10 interest in the orderly and prompt production of documents and materials. Each side has discussed

11 with the other their respective concerns about the propriety of designating certain data, such as

12 pricing, competitor information, engineering drawings, test results, marketing materials, e-mails or

13 other forms of intra-office communications, and any type of proprietary information or general

14 trade secret information which the Parties agree is confidential. The Parties having weighed the

15 issues related to having a Court decide the propriety of a confidentiality designation, a

16 compromise has been reached.

17      **IT IS HEREBY ORDERED AND ADJUDGED THAT**: the following procedures and

18 provisions shall govern documents/information produced by the Bombardier, as set forth below:

19     1.    Information obtained from defendant Bombardier in response to discovery requests

20 which does not constitute trade secret, confidential corporate or other confidential research

21 development, or commercial information is not the subject of this Order and production of such

22 documents will not be delayed while the parties discuss any appropriate method of handling

23 Bombardier's production of confidential documents.

24     2.    It is agreed that:

25           A.    Any document that contains confidential information shall be produced with

26               the word "Confidential" and bates number placed on the document, but any

27               such markings must not cover or mark over any textual material and be

28               done in a manner that will not interfere with its legibility;

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3475668.1

2

STIPULATION AND PROTECTIVE ORDER

1          B.    The documents produced which contain confidential information shall be

2                 stored in a secure fashion to assure compliance with this order;

3          C.    The requesting party may designate a competent person or entity to serve as

4                 his or her agent to organize these documents and to limit distribution in

5                 accordance with this Order;

6          D.    This Order shall apply to such documents and written responses even if they

7                 are marked as deposition exhibits or used at trial.  The parties are aware that

8                 a different standard applies to documents used at trial or attached to

9                 dispositive motions and in the event documents are used in that manner, the

10              parties will seek an order from the court addressing whether any such

11              document should continue to be afforded protection under this order.

12     3.    The following has been agreed to as to all documents/information that are the

13 subject of this Order:

14          A.    All such documents furnished shall only be used for the purpose of *Nicole*

15                 *Alfano and Michael Alfano, vs. BRP, Inc., et al.*, United States District

16                 Court, Eastern District of California, Sacramento Division, Case No. 2:08-

17                 CV-01704-JAM-DAD (hereinafter "this litigation") and not for any other

18                 purpose whatsoever;

19          B.    Such documents shall not be produced to any commercial competitor or

20                 product manufacturer of the party producing the data;

21          C.    Such documents may be provided to the court in connection with

22                 consideration of any motion but shall be filed with a request that it be

23                 placed under seal with the following language:

24                          **CONFIDENTIAL**

25                    This envelope contains documents that are subject to

26                    a Protective Order entered by the Court in this action governing use of confidential discovery material.

27                    The envelope shall not be opened or the contents thereof displayed or revealed except by order of the

28                    Court.  Violations may be regarded as contempt of Court;

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles    BR30-0000057
3475668.1       3      STIPULATION AND PROTECTIVE ORDER

D.      The documents produced hereto may not otherwise be sold, offered, advertised or publicized to any media representative or to any competitor of Bombardier or others who might exploit the documents and information for economic gain;

E.      If confidential documents/information is discussed during a deposition or hearing, Bombardier shall designate the appropriate portions thereof as confidential documents/information by so indicating on the record during the deposition or hearing or by notice to all parties within 30 days of the hearing or deposition; and

F.      Any confidential documents/information produced or disclosed in this action, and any information derived therefrom, shall not be disclosed or referenced to any person or entity not authorized to examine the documents produced and who has not signed an Acknowledgment of Protective Order.

4.      Confidential information may be disclosed to attorneys or other office personnel, experts, contractors, and consultants, working with counsel in this case for the party requesting the confidential information (the requesting party). In the event that anyone outside the confines of the office of counsel is to receive information covered by this Stipulation, that person must agree in writing to the terms of this Order.

5.      Counsel for the requesting party shall assure that anyone working in his/her office or as his/her agent will be familiarized with the terms of this Agreement and be instructed that this Order is binding on that person.

6.      Plaintiffs, Plaintiffs' counsel, technical consultants, and/or experts shall not advertise nor otherwise publish that they have the information obtained through the Bombardier discovery in this case, whether described specifically or generally.

7.      The requesting party shall maintain a list of the names of all persons outside its firm to whom the confidential information is disclosed until such time as all materials covered by

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3475668.1

4

STIPULATION AND PROTECTIVE ORDER

1  this Agreed Protective Order are returned to counsel for the Bombardier as set forth in paragraph 8

2  of this Agreed Protective Order.

3       8.     At the completion of the litigation, the confidential documents/information

4  produced pursuant to this Agreed Protective Order, including all copies, the list maintained in

5  paragraph 7, and the Acknowledgments of Protective Order obtained in paragraph 3.F. shall be

6  returned to counsel for Bombardier within sixty (60) days of the final disposition of this action.

7       9.     Should a requesting party dispute that documents produced constitute confidential

8  information, said requesting party shall notify the producing party within thirty (30) days

9  following receipt of said documents.  The producing party may, within thirty (30) days of receipt

10  of notification from the requesting party, file a motion with the court for a determination that the

11  documents are entitled to confidentiality.  If a motion is brought, the documents shall be handled

12  in accordance with this order and the disputed documents will remain protected pending the

13  Court's review and decision until the motion is ruled upon, and thereafter shall be subject to this

14  order if the court determines that the documents contain confidential information.

15       This Agreed Protective Order shall be entered of record with the Court and be of the same

16  force and effect as an order of the Court.

17

18  Dated: December 12, 2008          FRIEDMAN RUBIN & WHITE

19

20                           By: _____

21                             Richard Friedman

                           Kenneth R. Friedman

22                             William Cummings

                           Attorneys for Plaintiffs

23                             NICOLE ALFANO and MICHAEL

                           ALFANO

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3475668.1

5

STIPULATION AND PROTECTIVE ORDER

This Agreed Protective Order shall be entered of record with the Court and be of the same force and effect as an order of the Court.

Dated: December ___, 2008          FRIEDMAN RUBIN & WHITE


                                    By:
                                        Richard Friedman
                                        Kenneth R. Friedman
                                        William Cummings
                                        Attorneys for Plaintiffs
                                        NICOLE ALFANO and MICHAEL
                                        ALFANO

Dated: December _1𝑥_, 2008         GUENARD & BOZARTH, LLP


                                    By:
                                        Ross Bozarth
                                        Attorneys for Plaintiffs
                                        NICOLE ALFANO and MICHAEL
                           ALFANO
Dated: December ___, 2008          HAIGHT BROWN & BONESTEEL LLP


                                    By:
                                        William O. Martin, Jr.
                                        Bryan R. Martin
                                        Roxanne Irani
                                        Attorneys for Defendants
                                        BOMBARDIER RECREATIONAL PRODUCTS, INC.
                                        and BRP US INC.


    IT IS SO ORDERED.

    Dated: 12-18, 2008


                                    _____
                                    District Court Judge **ACKNOWLEDGMENT OF**
                                    **PROTECTIVE ORDER**


    I, _____, being first duly sworn, state that I reside at _____

_____, County of _____, State of _____, and that I have received a

copy of the Protective Order entered in *Nicole Alfano and Michael Alfano, vs. BRP, Inc., et al.*, United States

District Court, Eastern District of California, Sacramento Division, Case No. 2:08-CV-01704-JAM-DAD, and a

1    Dated:  December ____, 2008          GUENARD & BOZARTH, LLP

2

3                                       By: _____

4                                            Ross Bozarth
                                             Attorneys for Plaintiffs

5                                              NICOLE ALFANO and MICHAEL
                                             ALFANO

6

7    Dated:  December 16, 2008            HAIGHT BROWN & BONESTEEL LLP

8

9                                        By: _____
                                             William O. Martin, Jr.

10                                              Bryan R. Martin
                                             Roxanne Irani

11                                              Attorneys for Defendants
                                             BOMBARDIER RECREATIONAL

12                                              PRODUCTS, INC. and BRP US INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3475668.1

6

STIPULATION AND PROTECTIVE ORDER

1

2    IT IS SO ORDERED.

3

4    Dated: 12-18, 2008

5                                              _____

6                                              District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3475668.1

7

STIPULATION AND PROTECTIVE ORDER

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

I, _____, being first duly sworn, state that I reside at _____

_____, County of _____, State of _____, and that I have

received a copy of the Protective Order entered in *Nicole Alfano and Michael Alfano, vs. BRP,*

*Inc., et al.*, United States District Court, Eastern District of California, Sacramento Division, Case

No. 2:08-CV-01704-JAM-DAD, and a copy of a letter explaining that Protective Order. I have

read both of these documents and understand that I am subject to and bound by the terms of that

Protective Order. I further understand that even though I am not a party to *Nicole Alfano and*

*Michael Alfano, vs. BRP, Inc., et al.*, Case No. 2:08-CV-01704-JAM-DAD, the United States

District Court, Eastern District of California, Sacramento Division has jurisdiction and authority to

enforce that Protective Order as it applies to me and my actions.

DATED this _____ day of _____, 2009.

_____

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3475668.1

8

STIPULATION AND PROTECTIVE ORDER