Ross Bozarth (Bar No. 179171)
GUENARD & BOZARTH, LLP
8830 Elk Grove Blvd.
Elk Grove, CA  95624
Telephone: (916) 714-7672
Facsimile: (916) 714-9031
Email: rbozarth@gblegal.com

Richard H. Friedman (Bar No. 221622)
Kenneth R. Friedman, *Pro Hac Vice*
William S. Cummings, *Pro Hac Vice*
FRIEDMAN, RUBEN & WHITE
1126 Highland Ave.
Bremerton, WA  98337
Telephone: (360) 783-4300
Facsimile:  (360) 782-4358
Email:  rfriedman@frwlaw.us
           kfriedman@frwlaw.us
           wcummings@frwlaw.us

Attorneys for Plaintiffs,
NICOLE ALFANO & MICHAEL ALFANO

William O. Martin, Jr. (Bar No. 135399)
R. Bryan Martin (Bar No. 221684)
Roxanne Irani (Bar No. 239457)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574
Telephone:  310.215.7100
Facsimile:  310.215.7300
Email:  wmartin@hbblaw.com
           bmartin@hbblaw.com
           rirani@hbblaw.com

Scott Sarason, *Pro Hac Vice*
Christina Paul, *Pro Hac Vice*
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, FL  33130-3037
Telephone: 305.358.5577
Facsimile: 305.371.7580
Email:  ssarason@rumberger.com
           cpaul@rumberger.com

Attorneys for Defendants  BOMBARDIER
RECREATIONAL PRODUCTS INC. and BRP US INC.

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BRP Inc. and BRP US Inc., and DOES 1 through 50 inclusive,<br><br>          Defendants. | Case No. 2:08-CV-01704-JAM-DAD<br><br>**JOINT REQUEST/STIPULATION FOR MODIFICATION OF PRE-TRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge:   Hon. John A. Mendez<br><br>Complaint Filed:     July 23, 2008<br>Trial Date:            May 24, 2010 |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3559100.1

1

*ALFANO v. BRP, et al*
*JOINT STATUS REPORT & DISCOVERY PLAN*

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS counsel for Plaintiffs and counsel for Defendants have agreed to extend
2    certain deadlines proposed in the Joint Status Report and adopted in the Pre-Trial Scheduling
3    Order; and,

4    WHEREAS the schedule proposed in the Joint Status Report was based on a proposed trial
5    date of February 15, 2010; and,

6    WHEREAS the Court has set trial in this matter for May 24, 2010; and,

7    WHEREAS written discovery has taken longer than expected; and,

8    WHEREAS no party will be prejudiced as the result of such accommodation;

9    NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of
10   record, jointly request that the Court modify the Pretrial Scheduling Order as follows:

11   1.    The parties agree to the following revised discovery schedule:

| | |
|---|---|
| Initial Disclosures | December 22, 2008 |
| Written Discovery | January – July 2009 |
| Depositions of Parties | August – September 2009 |
| Percipient Witness Depositions | August – January 2009 |
| Completion of Non-Expert Discovery | January 22, 2010 |
| Joint Designation of Experts | January 22, 2010 |
| Joint Disclosure of Rebuttal Experts | February 5, 2010 |
| Expert Discovery Cut Off | March 26, 2010 |

21   2.    The proposed revised discovery schedule affects the Court's Pre-Trial Scheduling
22   Order entered on December 10, 2008 as follows:

23        a.    The parties jointly request that the deadline to complete all discovery
24   (percipient and expert) be continued from January 12, 2010 to March 26, 2010

25        b.    The parties jointly request that the deadline to make expert disclosures
26   under Fed. R. Civ. P. 26(a)(2) be continued from November 13, 2009 to January 22, 2009.

27   ///

28   ///

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3559100.1

2

*ALFANO v. BRP, et al*
*JOINT STATUS REPORT & DISCOVERY PLAN*

PDF created with pdfFactory trial version www.pdffactory.com

1          c.      The parties jointly request that the deadline to make supplemental

2  disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) be continued

3  from November 20, 2009 to February 5, 2009.

4          3.      The Parties do not request any other changes to the Pre-Trial Scheduling Order

5  and request that all other dates remain in place, including the deadlines for dispositive motions,

6  the final pre-trial conference date and trial date.

7  Dated:  July ___, 2009                    FRIEDMAN RUBIN & WHITE

8

9                                            By: _____

10                                               Kenneth R. Friedman
                                                 Attorneys for Plaintiffs

11

12  Dated:  July ___, 2009                    HAIGHT BROWN & BONESTEEL LLP

13                                            By: _____

14                                               William O. Martin, Jr.
                                                 Attorneys for Defendants

15                                               BOMBARDIER RECREATIONAL
                                                 PRODUCTS, INC. and BRP US INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**

HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3559100.1

3

*ALFANO v. BRP, et al*
*JOINT STATUS REPORT & DISCOVERY PLAN*

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3  Dated: July 15, 2009                    /s/ John A. Mendez

4                                          Honorable John A. Mendez
                                           United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LAW OFFICES**

HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3559100.1

4

*ALFANO v. BRP, et al*
*JOINT STATUS REPORT & DISCOVERY PLAN*

PDF created with pdfFactory trial version www.pdffactory.com