| | |
|---|---|
| Ross Bozarth (Bar No. 179171) | Richard H. Friedman (Bar No. 221622) |
| GUENARD & BOZARTH, LLP | Kenneth R. Friedman, *Pro Hac Vice* |
| 8830 Elk Grove Blvd. | William S. Cummings, *Pro Hac Vice* |
| Elk Grove, CA  95624 | FRIEDMAN, RUBEN & WHITE |
| Telephone: (916) 714-7672 | 1126 Highland Ave. |
| Facsimile: (916) 714-9031 | Bremerton, WA  98337 |
| Email: rbozarth@gblegal.com | Telephone: (360) 783-4300 |
| | Facsimile:  (360) 782-4358 |
| | Email:  rfriedman@frwlaw.us |
| | kfriedman@frwlaw.us |
| | wcummings@frwlaw.us |

Attorneys for Plaintiffs,
NICOLE ALFANO & MICHAEL ALFANO

| | |
|---|---|
| William O. Martin, Jr. (Bar No. 135399) | Scott Sarason, *Pro Hac Vice* |
| R. Bryan Martin (Bar No. 221684) | Christina Paul, *Pro Hac Vice* |
| Roxanne Irani (Bar No. 239457) | RUMBERGER, KIRK & CALDWELL |
| HAIGHT BROWN & BONESTEEL LLP | Brickell Bayview Centre, Suite 3000 |
| 6080 Center Drive, Suite 800 | 80 Southwest 8th Street |
| Los Angeles, CA 90045-1574 | Miami, FL  33130-3037 |
| Telephone: 310.215.7100 | Telephone: 305.358.5577 |
| Facsimile:  310.215.7300 | Facsimile: 305.371.7580 |
| Email:  wmartin@hbblaw.com | Email:  ssarason@rumberger.com |
|          bmartin@hbblaw.com |          cpaul@rumberger.com |
|          rirani@hbblaw.com | |

Attorneys for Defendants  BOMBARDIER RECREATIONAL PRODUCTS INC. and BRP US INC.

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO, | Case No. 2:08-CV-01704-JAM-DAD |
| Plaintiffs, | **STIPULATION TO ALLOW PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND ORDER ALLOWING AMENDED COMPLAINT** |
| vs. | |
| BRP Inc. and BRP US Inc., and DOES 1 through 50 inclusive, | Judge:  Hon. John A. Mendez |
| Defendants. | Complaint Filed:      July 23, 2008 |

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3620639.1

1

*ALFANO v. BRP, et al*
*STIPULATION TO AMEND COMPLAINT*

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS Plaintiffs have filed a Motion for Leave to File an Amended Complaint; and,

2     WHEREAS Defendants have agreed to stipulate to Plaintiffs filing of an Amended Complaint as long as the pre-trial scheduling order is modified and trial is continued to allow for a sufficient amount of time to complete discovery on the new claims; and,

3     WHEREAS the parties have concurrently submitted a Stipulation to Amend the Pre-Trial Scheduling Order and a Stipulation to Continue the Trial Date; and,

4     WHEREAS the parties agree that Defendants preserve all rights to make challenges to Plaintiffs' Amended Complaint; and

5     WHEREAS no party will be prejudiced as the result of such accommodation;

6     NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of record, jointly request that the Court allow Plaintiffs to file an Amended Complaint as long as the Court also agrees to Amend the Pre-Trial Scheduling Order and Continue the Trial Date as requested in the concurrently filed Stipulations.

Dated:  December 28, 2009                FRIEDMAN RUBIN & WHITE

                                         By:  s/ Kenneth R. Friedman
                                              Kenneth R. Friedman
                                              Attorneys for Plaintiffs

Dated:  December 28, 2009                HAIGHT BROWN & BONESTEEL LLP

                                         By:  s/ Roxanne Irani
                                              William O. Martin, Jr.
                                              Roxanne Irani
                                              Attorneys for Defendants
                                              BOMBARDIER RECREATIONAL
                                              PRODUCTS, INC. and BRP US INC.

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3620639.1

2

*ALFANO v. BRP, et al*
STIPULATION TO AMEND COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3  Dated: 12/30/2009                              /s/ John A. Mendez
4                                                 Honorable John A. Mendez
                                                  United States District Judge
5

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3620639.1

3

*ALFANO v. BRP, et al*
*STIPULATION TO AMEND COMPLAINT*

PDF created with pdfFactory trial version www.pdffactory.com