1 Ross Bozarth (Bar No. 179171)                    Richard H. Friedman (Bar No. 221622)
2 GUENARD & BOZARTH, LLP                            Kenneth R. Friedman, *Pro Hac Vice*
  8830 Elk Grove Blvd.                              William S. Cummings, *Pro Hac Vice*
3 Elk Grove, CA   95624                             FRIEDMAN, RUBEN & WHITE
  Telephone: (916) 714-7672                         1126 Highland Ave.
4 Facsimile: (916) 714-9031                         Bremerton, WA  98337
  Email: rbozarth@gblegal.com                       Telephone: (360) 783-4300
5                                                    Facsimile:  (360) 782-4358
                                                     Email:  rfriedman@frwlaw.us
6                                                             kfriedman@frwlaw.us
7                                                             wcummings@frwlaw.us

8 Attorneys for Plaintiffs,
  NICOLE ALFANO & MICHAEL ALFANO
9

10
  William O. Martin, Jr. (Bar No. 135399)           Scott Sarason, *Pro Hac Vice*
11 R. Bryan Martin (Bar No. 221684)                  Christina Paul, *Pro Hac Vice*
  Roxanne Irani (Bar No. 239457)                     RUMBERGER, KIRK & CALDWELL
12 HAIGHT BROWN & BONESTEEL LLP                       Brickell Bayview Centre, Suite 3000
  6080 Center Drive, Suite 800                       80 Southwest 8th Street
13 Los Angeles, CA 90045-1574                         Miami, FL  33130-3037
  Telephone:  310.215.7100                           Telephone: 305.358.5577
14 Facsimile:  310.215.7300                           Facsimile: 305.371.7580
  Email:  wmartin@hbblaw.com                          Email:  ssarason@rumberger.com
15         bmartin@hbblaw.com                                 cpaul@rumberger.com
          rirani@hbblaw.com
16
  Attorneys for Defendants  BOMBARDIER
17 RECREATIONAL PRODUCTS INC. and BRP US INC.

18

19                    UNITED STATES DISTRICT COURT

20               EASTERN  DISTRICT OF CALIFORNIA

21                       SACRAMENTO DIVISION

22
  NICOLE ALFANO and MICHAEL          )   Case No. 2:08-CV-01704-JAM-DAD
23 ALFANO,                           )
                                     )   **STIPULATION TO CONTINUE TRIAL**
24          Plaintiffs,              )   **AND ORDER CONTINUING TRIAL**
                                     )
25     vs.                           )   Judge:  Hon. John A. Mendez
                                     )
26 BRP Inc. and BRP US Inc., and DOES 1  )   Complaint Filed:      July 23, 2008
  through 50 inclusive,              )
27                                   )
          Defendants.                )
28 _____  )

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3620637.1                                1

*ALFANO v. BRP, et al*
*STIPULATION CONTINUE TRIAL*

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS Plaintiffs have filed a Motion for Leave to File an Amended Complaint; and,

2    WHEREAS Defendants have agreed to stipulate to Plaintiffs filing of an Amended

3  Complaint as long as the pre-trial scheduling order is modified and trial is continued to allow for a

4  sufficient amount of time to complete discovery on the new claims; and,

5    WHEREAS the parties have conferred with the Court and the Court has provided

6  September 20, 2010 as an acceptable new trial date; and,

7    WHEREAS no party will be prejudiced as the result of such accommodation;

8    NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys

9  of record, jointly request that the Court continue the trial date to September 20, 2010.

10

11  Dated:  December 28, 2009                FRIEDMAN RUBIN & WHITE

12

13                                          By:   s/ Kenneth R. Friedman
                                                  Kenneth R. Friedman
14                                                Attorneys for Plaintiffs

15
    Dated:  December 28, 2009                HAIGHT BROWN & BONESTEEL LLP
16

17                                          By:   s/ Roxanne Irani
18                                                William O. Martin, Jr.
                                                  Roxanne Irani
19                                                Attorneys for Defendants
                                                   BOMBARDIER RECREATIONAL
20                                                 PRODUCTS, INC. and BRP US INC.

21

22  IT IS SO ORDERED.

23

24  Dated: 12/30/2009                       /s/ John A. Mendez
                                            Honorable John A. Mendez
25                                          United States District Judge

26

27

28

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3620637.1

2

*ALFANO v. BRP, et al*
*STIPULATION CONTINUE TRIAL*

PDF created with pdfFactory trial version www.pdffactory.com