| | |
|---|---|
| Ross Bozarth (Bar No.: 179171)<br>Guenard & Bozarth, LLP<br>8830 Elk Grove Blvd.<br>Elk Grove, CA 95624<br>Phone: (916) 714-7672<br>Fax: (916) 714-9031<br>Email: rbozarth@gblegal.com<br><br>Richard H. Friedman (Bar No.: 221622)<br>Kenneth R. Friedman, *Pro Hac Vice*<br>William S. Cummings, *Pro Hac Vice*<br>Henry G. Jones, *Pro Hac Vice*<br>Friedman \| Rubin<br>1126 Highland Ave.<br>Bremerton, WA 98337<br>Phone: (360) 783-4300<br>Fax: (360) 782-4358<br>Email: rfriedman@friedmanrubin.com<br>kfriedman@friedmanrubin.com<br>wcummings@friedmanrubin.com<br><br>Don Bauermeister, *Pro Hac Vice*<br>Burke & Bauermeister<br>921 W. 6th Avenue, Suite 250<br>Anchorage, AK 99501<br>Phone: (907) 688-4088<br>Fax: (907) 277-6111<br>Email: dcblaw@alaska.com<br><br>*Attorneys for Plaintiffs* | Scott M. Sarason, *Pro Hac Vice*<br>Christina M. Paul, *Pro Hac Vice*<br>Rumberger, Kirk & Caldwell, P.A.<br>80 S.W. 8th Street<br>Suite 3000<br>Miami, FL 33130<br>Phone: 305-358-5577<br>Fax: 305-371-7580<br>Email: ssarason@rumberger.com<br>cpaul@rumberger.com<br><br><br>William O. Martin, Jr. (Bar No. 135399)<br>R. Bryan Martin (Bar No. 221684)<br>Roxanne Irani (Bar No. 239457)<br>HAIGHT BROWN & BONESTEEL LLP<br>6080 Center Driver, Suite 800<br>Los Angeles, CA 90045-1574<br>Telephone: (310) 215-7100<br>Facsimile: (310) 215-7300<br>Email: wmartin@hbblaw.com<br>bmartin@hbblaw.com<br>rirani@hbblaw.com<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>BRP Inc. and BRP US Inc., and DOES 1 through 50 inclusive,<br><br>　　　　　Defendants. | Case No. 2:08-CV-01704-JAM-DAD<br><br>**STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint Filed: 　July 23, 2008 |

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3655811.1

1

*ALFANO v. BRP, et al*
*STIPULATION TO AMEND PRE-TRIAL*
*SCHEDULING ORDER*

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS Plaintiffs and Defendants have agreed to stipulate to the continuance of certain expert discovery deadlines; and

WHEREAS no party will be prejudiced as the result of such agreement;

NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of record, jointly request that the Court modify the Pretrial Scheduling Order as follows:

| | |
|---|---|
| Completion of Non-Expert Discovery | March 31, 2010 |
| Joint Disclosure of Experts | April 9, 2010 |
| Joint Disclosure of Rebuttal Experts | April 16, 2010 |
| Parties to File Joint Mid-Litigation Statements | April 16, 2010 |
| All Dispositive Motions to be filed by | May 5, 2010 |
| Expert Discovery Cut Off | May 31, 2010 |
| Hearings on all Dispositive Motions | June 2, 2010 at 9:30 a.m. |
| Joint Pre-Trial Statement Due | July 30, 2010 |
| Pre-Trial Conference | August 6, 2010 at 2:00 p.m. |
| Trial Brief Due | September 6, 2010 |
| Trial | September 20, 2010 at 9:00 a.m. |

The parties acknowledge that the proposed amended pre-trial scheduling order requires that dispositive motions be filed prior to the completion of expert discovery and at this time the parties do not foresee any issues with these order of events. The parties further stipulate that all discovery shall be completed by May 31, 2010. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.

///
///
///
///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3655811.1

2

*ALFANO v. BRP, et al*
*STIPULATION TO AMEND PRE-TRIAL*
*SCHEDULING ORDER*

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: March 25, 2010 | | FRIEDMAN RUBIN & WHITE |
| | By: | /s/ Kenneth Freidman |
| | | Kenneth R. Freidman |
| | | Attorneys for *Plaintiffs* |

Dated: March 25, 2010                              HAIGHT BROWN & BONESTEEL LLP

                                                                       By:   /s/ Roxanne Irani
                                                                            William O. Martin, Jr.
                                                                            Roxanne Irani
                                                                            Attorneys for *Defendants*

IT IS SO ORDERED.

Dated:   March 25, 2010                              /s/ John A. Mendez
                                                                            Honorable John A. Mendez
                                                                            United States District Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3655811.1

3

*ALFANO v. BRP, et al*
*STIPULATION TO AMEND PRE-TRIAL*
*SCHEDULING ORDER*

PDF created with pdfFactory trial version www.pdffactory.com