| | |
|---|---|
| Ross Bozarth (Bar No.: 179171)<br>Guenard & Bozarth, LLP<br>8830 Elk Grove Blvd.<br>Elk Grove, CA   95624<br>Phone: (916) 714-7672<br>Fax: (916) 714-9031<br>Email: rbozarth@gblegal.com<br><br>Richard H. Friedman (Bar No.:  221622)<br>Kenneth R. Friedman, *Pro Hac Vice*<br>William S. Cummings, *Pro Hac Vice*<br>Henry G. Jones, *Pro Hac Vice*<br>Friedman \| Rubin<br>1126 Highland Ave.<br>Bremerton, WA  98337<br>Phone: (360) 782-4300<br>Fax:  (360) 782-4358<br>Email:  rfriedman@friedmanrubin.com<br>kfriedman@friedmanrubin.com<br>wcummings@friedmanrubin.com<br><br>Don Bauermeister, *Pro Hac Vice*<br>Burke & Bauermeister<br>921 W. 6th Avenue, Suite 250<br>Anchorage, AK 99501<br>Phone: (907) 688-4088<br>Fax: (907) 277-6111<br>Email: dcblaw@alaska.com<br><br>*Attorneys for Plaintiffs* | Scott M. Sarason, *Pro Hac Vice*<br>Christina M. Paul, *Pro Hac Vice*<br>Rumberger, Kirk & Caldwell, P.A.<br>80 S.W. 8th Street<br>Suite 3000<br>Miami, FL 33130<br>Phone: 305-358-5577<br>Fax: 305-371-7580<br>Email: ssarason@rumberger.com<br>cpaul@rumberger.com<br><br>William O. Martin, Jr. (Bar No. 135399)<br>R. Bryan Martin (Bar No. 221684)<br>Roxanne Irani (Bar No. 239457)<br>HAIGHT BROWN & BONESTEEL LLP<br>6080 Center Driver, Suite 800<br>Los Angeles, CA   90045-1574<br>Telephone:  (310) 215-7100<br>Facsimile:  (310) 215-7300<br>Email:  wmartin@hbblaw.com<br>bmartin@hbblaw.com<br>rirani@hbblaw.com<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>         Plaintiffs,<br><br>   vs.<br><br>BRP Inc. and BRP US Inc., and DOES 1 through 50 inclusive,<br><br>         Defendants. | Case No. 2:08-CV-01704-JAM-DAD<br><br>**REVISED STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge:   Hon. John A. Mendez<br><br>Complaint Filed:         July 23, 2008 |

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3657148.1

1

*ALFANO v. BRP, et al*
*REVISED STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER*

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS Plaintiffs and Defendants have agreed to stipulate to the continuance of certain
2  expert discovery deadlines; and

3  WHEREAS no party will be prejudiced as the result of such agreement; and

4  WHEREAS the parties recently submitted an amended Pretrial Scheduling Order, but did
5  not insert the correct agreed upon date for the completion of Non-Expert Discovery based on the
6  Court's definition of "completion" in the initial Pre-Trial Scheduling Order; and

7  WHEREAS the parties have inserted the correct agreed upon date and submit this Revised
8  Stipulation to Amend the Pre-Trial Scheduling Order solely to correct that mistake.

9  NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of
10 record, jointly request that the Court modify the Pretrial Scheduling Order as follows:

| | |
|---|---|
| Joint Disclosure of Experts | April 9, 2010 |
| Joint Disclosure of Rebuttal Experts | April 16, 2010 |
| Parties to File Joint Mid-Litigation Statements | April 16, 2010 |
| All Dispositive Motions to be filed by | May 5, 2010 |
| Completion of Non-Expert Discovery | May 31, 2010 |
| Expert Discovery Cut Off | May 31, 2010 |
| Hearings on all Dispositive Motions | June 2, 2010 at 9:30 a.m. |
| Joint Pre-Trial Statement Due | July 30, 2010 |
| Pre-Trial Conference | August 6, 2010 at 2:00 p.m. |
| Trial Brief Due | September 6, 2010 |
| Trial | September 20, 2010 at 9:00 a.m. |

23  The parties acknowledge that the proposed amended pre-trial scheduling order requires
24 that dispositive motions be filed prior to the completion of expert discovery and at this time the
25 parties do not foresee any issues with these order of events.

26 ///
27 ///
28 ///

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3657148.1

2

*ALFANO v. BRP, et al*
REVISED STIPULATION TO AMEND PRE-
TRIAL SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: March 29, 2010 | FRIEDMAN RUBIN & WHITE |
| 2 | | |
| 3 | | By: /s/ Kenneth Freidman |
| 4 | | Kenneth R. Freidman<br>Attorneys for *Plaintiffs* |

Dated: March 29, 2010                    HAIGHT BROWN & BONESTEEL LLP

By:  /s/ Roxanne Irani
    William O. Martin, Jr.
    Roxanne Irani
    Attorneys for *Defendants*

IT IS SO ORDERED.

Dated: March 30, 2010                    /s/ John A. Mendez
                                          Honorable John A. Mendez
                                          United States District Judge

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3657148.1

3

*ALFANO v. BRP, et al*
*REVISED STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER*

PDF created with pdfFactory trial version www.pdffactory.com