IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLE ALFANO, et al.,

    Plaintiffs,                      No. CIV S-08-1704 JAM DAD

    v.

BRP INC., et al.,

    Defendants.                   <u>ORDER</u>

_____/

        This case came before the court on April 9, 2010, for hearing on plaintiffs' February 25, 2010 motion to compel production of documents. Henry Jones, Esq. appeared telephonically for plaintiffs. Attorneys Scott M. Sarason, Christina M. Paul, and Roxanne Irani appeared telephonically for defendants. For the reasons stated on the record at the hearing, plaintiffs' motion to compel (Doc. No. 47) was granted in part. Within twenty days from the date of the hearing, defendants shall serve on plaintiffs' counsel an affidavit of search describing in reasonable detail the records that were searched and the scope of the search, including any limitations or interpretations imposed by defendants on the search, in producing documents in response to Request No. 20 of plaintiff's first set of requests for production of documents.

        IT IS SO ORDERED.

DATED: April 9, 2010.

                                                _____
                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/alfano1704.oah.040910.mtcgr