| | |
|---|---|
| Ross Bozarth (Bar No.: 179171)<br>Guenard & Bozarth, LLP<br>8830 Elk Grove Blvd.<br>Elk Grove, CA   95624<br>Phone: (916) 714-7672<br>Fax: (916) 714-9031<br>Email: rbozarth@gblegal.com<br><br>Richard H. Friedman (Bar No.:  221622)<br>Kenneth R. Friedman, *Pro Hac Vice*<br>William S. Cummings, *Pro Hac Vice*<br>Henry G. Jones, *Pro Hac Vice*<br>Friedman \| Rubin<br>1126 Highland Ave.<br>Bremerton, WA  98337<br>Phone: (360) 782-4300<br>Fax:  (360) 782-4358<br>Email:  rfriedman@friedmanrubin.com<br>kfriedman@friedmanrubin.com<br>wcummings@friedmanrubin.com<br><br>Don Bauermeister, *Pro Hac Vice*<br>Burke & Bauermeister<br>921 W. 6th Avenue, Suite 250<br>Anchorage, AK 99501<br>Phone: (907) 688-4088<br>Fax: (907) 277-6111<br>Email: dcblaw@alaska.com<br><br>*Attorneys for Plaintiffs* | Scott M. Sarason, *Pro Hac Vice*<br>Christina M. Paul, *Pro Hac Vice*<br>Rumberger, Kirk & Caldwell, P.A.<br>80 S.W. 8th Street<br>Suite 3000<br>Miami, FL 33130<br>Phone: (305) 358-5577<br>Fax: (305) 371-7580<br>Email: ssarason@rumberger.com<br>cpaul@rumberger.com<br><br><br>William O. Martin, Jr. (Bar No. 135399)<br>R. Bryan Martin (Bar No. 221684)<br>Roxanne Irani (Bar No. 239457)<br>HAIGHT BROWN & BONESTEEL LLP<br>6080 Center Driver, Suite 800<br>Los Angeles, CA   90045-1574<br>Telephone:  (310) 215-7100<br>Facsimile:  (310) 215-7300<br>Email:  wmartin@hbblaw.com<br>bmartin@hbblaw.com<br>rirani@hbblaw.com<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BRP Inc. and BRP US Inc., and DOES 1 through 50 inclusive,<br><br>  Defendants. | Case No. 2:08-CV-01704-JAM-DAD<br><br>**FURTHER STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge:   Hon. John A. Mendez<br><br>Complaint Filed:         July 23, 2008 |

LAW OFFICES
HAIGHT, BROWN & BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3672088.1

1

*ALFANO v. BRP, et al*
*STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER*

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS Plaintiffs and Defendants have agreed to stipulate to the continuance of the
2  completion of non-expert and expert discovery deadlines; and
3    WHEREAS no party will be prejudiced as the result of such agreement;
4    NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of
5  record, jointly request that the Court modify the Pretrial Scheduling Order as follows:

| | |
|---|---|
| Hearings on all Dispositive Motions | June 2, 2010 at 9:30 a.m. |
| Completion of Non-Expert Discovery | June 30, 2010 |
| Expert Discovery Cut Off | June 30, 2010 |
| Joint Pre-Trial Statement Due | July 30, 2010 |
| Pre-Trial Conference | August 6, 2010 at 2:00 p.m. |
| Trial Brief Due | September 6, 2010 |
| Trial | September 20, 2010 at 9:00 a.m. |

The parties acknowledge that the proposed amended pre-trial scheduling order requires that dispositive motions be filed and heard prior to the completion of discovery and at this time the parties do not foresee any issues with these order of events.

Dated: May 6, 2010                    FRIEDMAN RUBIN & WHITE

                          By:    /s/ Kenneth Freidman
                                 Kenneth R. Freidman
                                 Attorneys for *Plaintiffs*

Dated: May 6, 2010                    HAIGHT BROWN & BONESTEEL LLP

                          By:    /s/ Roxanne Irani
                                 William O. Martin, Jr.
                                 Roxanne Irani
                                 Attorneys for *Defendants*

**LAW OFFICES**
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3672088.1

2

*ALFANO v. BRP, et al*
STIPULATION TO AMEND PRE-TRIAL
SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

2

3  Dated: May 6, 2010            /s/ John A. Mendez
4                                Honorable John A. Mendez
                                  United States District Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

BR30-0000057
3672088.1

3

*ALFANO v. BRP, et al*
*STIPULATION TO AMEND PRE-TRIAL*
*SCHEDULING ORDER*

PDF created with pdfFactory trial version www.pdffactory.com