IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLE ALFANO, et al.,

      Plaintiffs,                      No. CIV S-08-1704 JAM DAD

      v.

BRP INC., et al.,

      Defendants.              <u>ORDER</u>

      /

      This case came before the court on June 4, 2010, for hearing on defendants' May 28, 2010 motion for protective order. Henry Jones, Esq. appeared telephonically for plaintiffs. Christina M. Paul, Esq. appeared telephonically for defendants. For the reasons stated on the record at the hearing, defendants' motion (Doc. No. 116) for a protective order with respect to the Notice of Videotaped Civil Rule 30(b)(6) Deposition(s) emailed by plaintiff on April 29, 2010 is granted.

      IT IS SO ORDERED.

DATED: June 7, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/alfano1704.oah.dmpo.060410