Ross Bozarth (CA Bar No.: 179171)
Guenard & Bozarth, LLP
8830 Elk Grove Blvd.
Elk Grove, CA  95624
Phone: (916) 714-7672\Fax: (916) 714-9031
Email: rbozarth@gblegal.com

Richard H. Friedman (CA Bar No.:  221622)
Kenneth R. Friedman, *Pro Hac Vice*
William S. Cummings, *Pro Hac Vice*
Henry G. Jones, *Pro Hac Vice*
Friedman | Rubin
1126 Highland Ave.
Bremerton, WA  98337
Phone: (360) 783-4300\Fax:  (360) 782-4358
Email:  rfriedman@friedmanrubin.com
kfriedman@friedmanrubin.com
wcummings@friedmanrubin.com
hjones@friedmanrubin.com

Don Bauermeister, *Pro Hac Vice*
Burke & Bauermeister
921 W. 6th Avenue, Suite 250
Anchorage, AK 99501
Phone: (907) 688-4088\Fax: (907) 277-6111
Email: dcblaw@alaska.com

*Attorneys for Plaintiffs*

Scott M. Sarason, *Pro Hac Vice*
Christina M. Paul, *Pro Hac Vice*
Rumberger, Kirk & Caldwell, P.A.
80 S.W. 8th Street
Suite 3000
Miami, FL 33130
Phone: 305-358-5577\Fax: 305-371-7580
Email: ssarason@rumberger.com
cpaul@rumberger.com

William O. Martin, Jr. (Bar No. 135399)
R. Bryan Martin (Bar No. 221684)
Roxanne Irani (Bar No. 239457)
Haight Brown & Bonesteel LLP
6080 Center Driver, Suite 800
Los Angeles, CA  90045-1574
Phone:  (310) 215-7100\Fax:  (310) 215-7300
Email:  wmartin@hbblaw.com
bmartin@hbblaw.com
rirani@hbblaw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BRP INC., and BRP US INC.,<br><br>    Defendants | Case No.: 2:08-CV-01704-JAM-DAD<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION** |

PDF created with pdfFactory trial version www.pdffactory.com

1    This matter came on before the Court on Plaintiffs' First Motion for Partial Summary

2    Judgment, dated April 20, 2010 and Plaintiffs' Second Motion for Partial Summary Judgment, dated

3    May 5, 2010.  In addition to the pleadings on file, the Court has reviewed all pleadings filed in support

4    of and in opposition to the motion along with the arguments of counsel during a hearing held on June

5    2, 2010.

6    NOW, THEREFORE, it is hereby ORDERED that  Defendants' First  Affirmative  Defense  is

7    WITHDRAWN.  It is further

8    ORDERED that summary adjudication of the Second Affirmative Defense is GRANTED with

9    respect to firms, person, corporations or entities, including but not limited to Jill Smith, and is

10   DENIED with respect to the Plaintiffs.  It is further

11   ORDERED that summary adjudication of the Third Affirmative Defense is DENIED.  It is

12   further

13   ORDERED that summary adjudication of the Fourth Affirmative Defense is DENIED.  It is

14   further

15   ORDERED that Defendants' Fifth Affirmative Defense is WITHDRAWN.  It is further

16   ORDERED that summary adjudication of the Seventh Affirmative Defense is DENIED.  It is

17   further

18   ORDERED that summary adjudication of the Eighth Affirmative Defense is GRANTED.  It is

19   further

20   ORDERED that summary adjudication of the Ninth Affirmative Defense is GRANTED with

21   respect to parties unserved and unnamed, including but not limited to Jill Smith, and is DENIED with

22   respect to the Plaintiffs.  It is further

23

24

*ALFANO v. BRP, et al*
[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART SUMMARY ADJUDICATION

1    ORDERED that summary adjudication of the Tenth Affirmative Defense is GRANTED with

2    respect to parties unserved and unnamed a, including but not limited to Jill Smith, and is DENIED with

3    respect to the Plaintiffs.  It is further

4    ORDERED that Defendants' Eleventh Affirmative Defense is WITHDRAWN.  It is further

5    ORDERED that summary adjudication of the Twelfth Affirmative Defense is GRANTED.  It is

6    further

7    ORDERED that summary adjudication of the Thirteenth Affirmative Defense is GRANTED.

8    It is further

9    ORDERED that Defendants' Fourteenth Affirmative Defense is WITHDRAWN.  It is further

10   ORDERED that summary adjudication of the Fifteenth Affirmative Defense is GRANTED.  It

11   is further

12   ORDERED that summary adjudication of the Sixteenth Affirmative Defense is GRANTED.  It

13   is further

14   ORDERED that summary adjudication of the Seventeenth Affirmative Defense is GRANTED.

15   It is further

16   ORDERED that Plaintiffs' law firm is sanctioned $200.00 for exceeding the page limit on the

17   two briefs and $200.00 for exceeding the page limit on the reply.

18

19   DONE IN OPEN COURT this 22nd day of June, 2010

20

21                    /s/ John A. Mendez_____
                      JOHN A. MENDEZ,
22                    UNITED STATES DISTRICT JUDGE

23

24

*ALFANO v. BRP, et al*
[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART SUMMARY ADJUDICATION
Page 3

1    DATED:  <u>June 21, 2010</u>

2                                                   Respectfully presented by,

3                                                   FRIEDMAN | RUBIN

4                                                   By:   <u>  /s/ Kenneth R. Friedman</u>
                                                         Kenneth R. Friedman, *Pro Hac Vice*
5                                                        Friedman | Rubin
                                                         1126 Highland Ave.
6                                                        Bremerton, WA   98337
                                                         (360) 782-4300
7
                                                            *Attorneys for Plaintiffs*
8
                                                   and
9
                                                   RUMBERGER, KIRK & CALDWELL
10
                                                   By:   <u>  /s/ Scott M. Sarason</u>
11                                                       Scott Sarason, *Pro Hac Vice*
                                                         Rumberger, Kirk & Caldwell
12                                                       Brickwell Bayview Centre, Suite 3000
                                                         80 Southwest 8th Street
13                                                       Miami, FL 33130-3037
                                                         (305) 995-5422
14
                                                            *Attorneys for Defendants*
15

16

17

18

19

20

21

22    **CERTIFICATE OF SERVICE**

23    I hereby certify that on June 21, 2010, I
      electronically filed the forgoing document
24
      *ALFANO v. BRP, et al*
      [PROPOSED] ORDER GRANTING IN PART AND
      DENYING IN PART SUMMARY ADJUDICATION
      Page 4

PDF created with pdfFactory trial version www.pdffactory.com

1    with the Clerk of the Court using the
     CM/ECF system which will send notification
2    of such filing to the following:

3

     William O. Martin, Jr. (Bar No. 135399)        Scott Sarason, *Pro Hac Vice*
4    HAIGHT BROWN & BONESTEEL LLP                    Christina Paul, *Pro Hac Vice*
     6080 Center Drive, Suite 800                    RUMBERGER, KIRK & CALDWELL
5    Los Angeles, CA 90045-1574                      Brickell Bayview Centre, Suite 3000
                                                     80 Southwest 8th Street
6                                                    Miami, FL  33130-3037

7    /s/ Dana C. Watkins
     Dana C. Watkins
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

*ALFANO v. BRP, et al*
[PROPOSED] ORDER GRANTING IN PART AND
DENYING IN PART SUMMARY ADJUDICATION
Page 5