Ross Bozarth (Bar No.: 179171)
Guenard & Bozarth, LLP
8830 Elk Grove Blvd.
Elk Grove, CA  95624
Phone: (916) 714-7672
Fax: (916) 714-9031
Email: rbozarth@gblegal.com

Richard H. Friedman (Bar No.: 221622)
Kenneth R. Friedman, *Pro Hac Vice*
William S. Cummings, *Pro Hac Vice*
Henry G. Jones, *Pro Hac Vice*
Friedman | Rubin
1126 Highland Ave.
Bremerton, WA  98337
Phone: (360) 782-4300
Fax:  (360) 782-4358
Email:  rfriedman@friedmanrubin.com
kfriedman@friedmanrubin.com
wcummings@friedmanrubin.com
hjones@friedmanrubin.com

Don Bauermeister, *Pro Hac Vice*
Burke & Bauermeister
921 W. 6th Avenue, Suite 250
Anchorage, AK 99501
Phone: (907) 688-4088
Fax: (907) 277-6111
Email: dcblaw@alaska.com

*Attorneys for Plaintiffs*

Scott M. Sarason, *Pro Hac Vice*
Christina M. Paul, *Pro Hac Vice*
Rumberger, Kirk & Caldwell, P.A.
80 S.W. 8th Street
Suite 3000
Miami, FL 33130
Phone: (305) 358-5577
Fax: (305) 371-7580
Email: ssarason@rumberger.com
cpaul@rumberger.com

William O. Martin, Jr. (Bar No. 135399)
R. Bryan Martin (Bar No. 221684)
Roxanne Irani (Bar No. 239457)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Driver, Suite 800
Los Angeles, CA  90045-1574
Telephone:  (310) 215-7100
Facsimile:  (310) 215-7300
Email:  wmartin@hbblaw.com
bmartin@hbblaw.com
rirani@hbblaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BRP Inc. and BRP US Inc., and DOES 1 through 50 inclusive,<br><br>　　　　Defendants. | Case No. 2:08-CV-01704-JAM-DAD<br><br>**FURTHER STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge:   Hon. John A. Mendez<br><br>Complaint Filed:　　July 23, 2008 |

WHEREAS Plaintiffs and Defendants have agreed to stipulate to the continuance of the completion of certain non-expert and expert discovery deadlines; and

WHEREAS no party will be prejudiced as the result of such agreement;

NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of record, jointly request that the Court modify the Pretrial Scheduling Order as follows:

| | |
|---|---|
| Written Discovery Cut Off | June 30, 2010 |
| Completion of Non-Expert Discovery as identified below | July 23, 2010 |
| Completion of Expert Discovery as identified below | July 23, 2010 |
| Joint Pre-Trial Statement Due | July 30, 2010 |
| Pre-Trial Conference | August 6, 2010 at 2:00 p.m. |
| Trial Brief Due | September 6, 2010 |
| Trial | September 20, 2010 at 9:00 a.m. |

The parties agree to extend the deadline for the completion of expert discovery to July 23, 2010 for the following depositions only:

1. Deposition of Plaintiffs' expert, Richard Thomas Gill, Ph.D.;

2. Deposition of Plaintiffs' expert, Michael D. Freeman, Ph.D., M.P.H.;

3. Deposition of Defendants' expert, Kevin Breen, P.E.;

4. Deposition of ESI employee, Jennifer L. Krupa;

5. Deposition of Defendants' expert Elizabeth Raphael, M.D.;

6. Deposition of Defendants' expert Sharon Gregorcyk, M.D.; and

7. Deposition of Defendants' expert Robert Taylor, P.E.

Additionally, the parties have multiple discovery disputes pending before the magistrate judge set for hearing on June 25, 2010. Should the court allow such discovery to take place, then the parties agree to extend the deadline for the completion of non-expert discovery to July 23, 2010 for the following depositions only:

*ALFANO v. BRP, et al*
FURTHER STIPULATION TO AMEND
PRE-TRIAL SCHEDULING ORDER
2

PDF created with pdfFactory trial version www.pdffactory.com

1. 30(b)(6) deposition of BRP witness regarding Joint Defense Agreement and PWC industry exchange of information;

2. 30(b)(1) deposition of BRP's CFO;

3. 30(b)(6) deposition of BRP witness regarding letter to owners regarding updated safety video; and

4. Depositions of Dr. Stephen L. Young, Dr. Timothy Rhoades and Elaine Wisniewski, employees of BRP's expert and fact witness, Dr. Paul Frantz.

Dated:  June 23, 2010                                  FRIEDMAN | RUBIN

                                                       By:  /s/ Kenneth R. Freidman
                                                            Kenneth R. Freidman
                                                            Attorneys for *Plaintiffs*

Dated:  June 23, 2010                                  HAIGHT BROWN & BONESTEEL LLP

                                                       By:  /s/ Roxanne Irani
                                                            William O. Martin, Jr.
                                                            Roxanne Irani
                                                            Attorneys for *Defendants*

IT IS SO ORDERED.

Dated:  June 23, 2010                                  /s/ John A. Mendez
                                                       Honorable John A. Mendez
                                                       United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2010, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William O. Martin, Jr. (Bar No. 135399)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574

Scott Sarason, *Pro Hac Vice*
Christina Paul, *Pro Hac Vice*
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, FL 33130-3037

Ross Bozarth (Bar No.: 179171)
Guenard & Bozarth, LLP
8830 Elk Grove Blvd.
Elk Grove, CA 95624

Richard H. Friedman (Bar No.: 221622)
Kenneth R. Friedman, *Pro Hac Vice*
William S. Cummings, *Pro Hac Vice*
Henry G. Jones, *Pro Hac Vice*
Friedman | Rubin
1126 Highland Ave.
Bremerton, WA 98337

Don Bauermeister, *Pro Hac Vice*
Burke & Bauermeister
921 W. 6th Avenue, Suite 250
Anchorage, AK 99501

/s/ Dana C. Watkins
Dana C. Watkins

*ALFANO v. BRP, et al*
FURTHER STIPULATION TO AMEND
PRE-TRIAL SCHEDULING ORDER

4

PDF created with pdfFactory trial version www.pdffactory.com