| | |
|---|---|
| Ross Bozarth (Bar No.: 179171)<br>Guenard & Bozarth, LLP<br>8830 Elk Grove Blvd.<br>Elk Grove, CA 95624<br>Phone: (916) 714-7672<br>Fax: (916) 714-9031<br>Email: rbozarth@gblegal.com<br><br>Richard H. Friedman (Bar No.: 221622)<br>Kenneth R. Friedman, *Pro Hac Vice*<br>William S. Cummings, *Pro Hac Vice*<br>Henry G. Jones, *Pro Hac Vice*<br>Friedman \| Rubin<br>1126 Highland Ave.<br>Bremerton, WA 98337<br>Phone: (360) 782-4300<br>Fax: (360) 782-4358<br>Email: rfriedman@friedmanrubin.com<br>kfriedman@friedmanrubin.com<br>wcummings@friedmanrubin.com<br>hjones@friedmanrubin.com<br><br>Don Bauermeister, *Pro Hac Vice*<br>Burke & Bauermeister<br>921 W. 6th Avenue, Suite 250<br>Anchorage, AK 99501<br>Phone: (907) 688-4088<br>Fax: (907) 277-6111<br>Email: dcblaw@alaska.com<br><br>*Attorneys for Plaintiffs* | Scott M. Sarason, *Pro Hac Vice*<br>Christina M. Paul, *Pro Hac Vice*<br>Rumberger, Kirk & Caldwell, P.A.<br>80 S.W. 8th Street<br>Suite 3000<br>Miami, FL 33130<br>Phone: (305) 358-5577<br>Fax: (305) 371-7580<br>Email: ssarason@rumberger.com<br>cpaul@rumberger.com<br><br><br>William O. Martin, Jr. (Bar No. 135399)<br>R. Bryan Martin (Bar No. 221684)<br>Roxanne Irani (Bar No. 239457)<br>HAIGHT BROWN & BONESTEEL LLP<br>6080 Center Driver, Suite 800<br>Los Angeles, CA 90045-1574<br>Telephone: (310) 215-7100<br>Facsimile: (310) 215-7300<br>Email: wmartin@hbblaw.com<br>bmartin@hbblaw.com<br>rirani@hbblaw.com<br><br>*Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BRP Inc. and BRP US Inc., and DOES 1 through 50 inclusive,<br><br>    Defendants. | Case No. 2:08-CV-01704-JAM-DAD<br><br>**FURTHER STIPULATION TO AMEND PRE-TRIAL SCHEDULING ORDER AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Judge: Hon. John A. Mendez<br><br>Complaint Filed:   July 23, 2008 |

*ALFANO v. BRP, et al*
STIPULATION TO AMEND PRE-TRIAL
SCHEDULING ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS Plaintiffs and Defendants have agreed to stipulate to the continuance of the completion of certain non-expert and expert discovery deadlines;

WHEREAS no party will be prejudiced as the result of such agreement;

WHEREAS good cause exists to continue the completion of the discovery deadlines for the below referenced depositions as certain experts have been called away to testify in a trial, which plaintiffs' counsel are also involved in, and certain percipient witnesses for Defendants are unavailable due to vacation and the closure of BRP during portions of summer; and

NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of record, jointly request that the Court modify the Pretrial Scheduling Order as follows:

| | |
|---|---|
| Joint Pre-Trial Statement Due | July 30, 2010 |
| Pre-Trial Conference | August 6, 2010 at 2:00 p.m. |
| Completion of Non-Expert and Expert Discovery as identified below | August 13, 2010 |
| Trial Brief Due | September 6, 2010 |
| Trial | September 20, 2010 at 9:00 a.m. |

The parties agree to extend the deadline for the completion of non-expert and expert discovery to August 13, 2010 for the following depositions only:

1. Deposition of Defendants' expert Elizabeth Rafael, M.D.;

2. Deposition of Defendants' expert, Kevin Breen, P.E.;

3. Deposition of Defendants' expert Robert Taylor.

4. Deposition of Sam Spade from BRP.

5. 30(b)(6) deposition of BRP witness regarding Joint Defense Agreement and PWC industry exchange of information pursuant to magistrate's order of June 25, 2010; and

///
///
///
///

*ALFANO v. BRP, et al*
STIPULATION TO AMEND PRE-TRIAL
SCHEDULING ORDER

2

PDF created with pdfFactory trial version www.pdffactory.com

6. 30(b)(6) deposition of BRP witness regarding letter to owners regarding updated safety video pursuant to magistrate's order of June 25, 2010.

Dated: July 12, 2010　　　　　　　　　　　　FRIEDMAN | RUBIN

　　　　　　　　　　　　　　　　　By:   /s/ Kenneth R. Freidman
　　　　　　　　　　　　　　　　　　　Kenneth R. Freidman
　　　　　　　　　　　　　　　　　　　Attorneys for *Plaintiffs*

Dated: July 12, 2010　　　　　　　　　　　　HAIGHT BROWN & BONESTEEL LLP

　　　　　　　　　　　　　　　　　By:   /s/ Roxanne Irani
　　　　　　　　　　　　　　　　　　　William O. Martin, Jr.
　　　　　　　　　　　　　　　　　　　Roxanne Irani
　　　　　　　　　　　　　　　　　　　Attorneys for *Defendants*

IT IS SO ORDERED.

Dated:  July 13, 2010　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　United States District Judge

*ALFANO v. BRP, et al*
STIPULATION TO AMEND PRE-TRIAL
SCHEDULING ORDER
　　　　　　　3

PDF created with pdfFactory trial version www.pdffactory.com