1  Ross Bozarth (CA Bar No.: 179171)          Scott M. Sarason, *Pro Hac Vice*
   Guenard & Bozarth, LLP                     Michael R. Holt, *Pro Hac Vice*
2  8830 Elk Grove Blvd.                       Rumberger, Kirk & Caldwell, P.A.
   Elk Grove, CA  95624                       80 S.W. 8th Street
3  Phone: (916) 714-7672                      Suite 3000
   Fax: (916) 714-9031                        Miami, FL 33130
4  Email: rbozarth@gblegal.com                Phone: 305-358-5577
                                              Fax: 305-371-7580
5  Richard H. Friedman (CA Bar No.:  221622)  Email: ssarason@rumberger.com
   Kenneth R. Friedman, *Pro Hac Vice*        mholt@rumberger.com
6  William S. Cummings, *Pro Hac Vice*
   Henry G. Jones, *Pro Hac Vice*
7  Friedman | Rubin                           William O. Martin, Jr. (Bar No. 135399)
   1126 Highland Ave.                         R. Bryan Martin (Bar No. 221684)
8  Bremerton, WA  98337                       Roxanne Irani (Bar No. 239457)
   Phone: (360) 783-4300                      Haight Brown & Bonesteel LLP
9  Fax:  (360) 782-4358                       6080 Center Driver, Suite 800
   Email:  rfriedman@friedmanrubin.com        Los Angeles, CA   90045-1574
10 kfriedman@friedmanrubin.com                Telephone:  (310) 215-7100
   wcummings@friedmanrubin.com                Facsimile:  (310) 215-7300
11 hjones@friedmanrubin.com                   Email:  wmartin@hbblaw.com
                                              bmartin@hbblaw.com
12 Don Bauermeister, *Pro Hac Vice*           rirani@hbblaw.com
   Burke & Bauermeister
13 921 W. 6th Avenue, Suite 250               *Attorneys for Defendants*
   Anchorage, AK 99501
14 Phone: (907) 688-4088
   Fax: (907) 277-6111
15 Email: dcblaw@alaska.com

16 *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>Plaintiffs,<br><br>vs.<br><br>BRP INC., and BRP US INC.,<br><br>Defendants | Case No.: 2:08-CV-01704-JAM-DAD<br><br>**STIPULATION TO AMEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS AND ORDER MODIFYING MINUTE ORDER**<br><br>**District Judge:      Hon. John A. Mendez**<br><br>**Complaint Filed:    July 23. 2008** |

*ALFANO v. BRP, et al*                                               Friedman | Rubin
STIPULATION AND [PROPOSED] ORDER                          1126 Highland Ave.
Page 1                                                       Bremerton, WA   98312

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS Plaintiffs and Defendants have agreed to the terms and conditions to a settlement agreement and while awaiting a final signature to said agreement, the parties have agreed to stipulate to the continuance of the deadline to file dispositional documents;

WHEREAS no party will be prejudiced as a result of such agreement;

WHEREAS good cause exists to continue the deadline for filing dispositional documents as the parties have worked diligently to meet the existing deadline but are unable to file on October 15, 2010;

NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of record, jointly request that the Court modify the Minute Order of September 15, 2010 [Dkt. 209] to continue the deadline pursuant to Local Rule 160(b) from October 15, 2010 to October 20, 2010.

DATED: October 15, 2010

Respectfully submitted,

FRIEDMAN | RUBIN

By:   /s/ Richard H. Friedman
Richard H. Friedman (CA Bar #: 221622)
Friedman | Rubin
1126 Highland Ave.
Bremerton, WA 98337
(360) 782-4300

*Attorneys for Plaintiffs*

RUMBERGER, KIRK & CALDWELL

By:   /s/ Scott M. Sarason
Scott Sarason, *Pro Hac Vice*
Rumberger, Kirk & Caldwell
Brickwell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, FL 33130-3037
(305) 995-5422

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: October 15, 2010                              /s/ John A. Mendez_____
Honorable John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com