| | |
|---|---|
| Ross Bozarth (CA Bar No.: 179171) | Scott M. Sarason, *Pro Hac Vice* |
| Guenard & Bozarth, LLP | Michael R. Holt, *Pro Hac Vice* |
| 8830 Elk Grove Blvd. | Rumberger, Kirk & Caldwell, P.A. |
| Elk Grove, CA 95624 | 80 S.W. 8th Street |
| Phone: (916) 714-7672 | Suite 3000 |
| Fax: (916) 714-9031 | Miami, FL 33130 |
| Email: rbozarth@gblegal.com | Phone: 305-358-5577 |
| | Fax: 305-371-7580 |
| Richard H. Friedman (CA Bar No.: 221622) | Email: ssarason@rumberger.com |
| Kenneth R. Friedman, *Pro Hac Vice* | mholt@rumberger.com |
| William S. Cummings, *Pro Hac Vice* | |
| Henry G. Jones, *Pro Hac Vice* | |
| Friedman | Rubin | William O. Martin, Jr. (Bar No. 135399) |
| 1126 Highland Ave. | R. Bryan Martin (Bar No. 221684) |
| Bremerton, WA  98337 | Roxanne Irani (Bar No. 239457) |
| Phone: (360) 783-4300 | Haight Brown & Bonesteel LLP |
| Fax:  (360) 782-4358 | 6080 Center Driver, Suite 800 |
| Email:  rfriedman@friedmanrubin.com | Los Angeles, CA  90045-1574 |
| kfriedman@friedmanrubin.com | Telephone:  (310) 215-7100 |
| wcummings@friedmanrubin.com | Facsimile:  (310) 215-7300 |
| hjones@friedmanrubin.com | Email:  wmartin@hbblaw.com |
| | bmartin@hbblaw.com |
| Don Bauermeister, *Pro Hac Vice* | rirani@hbblaw.com |
| Burke & Bauermeister | |
| 921 W. 6th Avenue, Suite 250 | *Attorneys for Defendants* |
| Anchorage, AK 99501 | |
| Phone: (907) 688-4088 | |
| Fax: (907) 277-6111 | |
| Email: dcblaw@alaska.com | |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NICOLE ALFANO and MICHAEL ALFANO,<br><br>           Plaintiffs,<br><br>      vs.<br><br>BRP INC., and BRP US INC.,<br><br>           Defendants | Case No.: 2:08-CV-01704-JAM-DAD<br><br>**STIPULATION TO AMEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS AND ORDER MODIFYING MINUTE ORDER**<br><br>**District Judge:      Hon. John A. Mendez**<br><br>**Complaint Filed:   July 23. 2008** |

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS Plaintiffs and Defendants have agreed to the terms and conditions to a settlement agreement and while awaiting initials to the addendum of said agreement, the parties have agreed to stipulate to the continuance of the deadline to file dispositional documents;

WHEREAS no party will be prejudiced as a result of such agreement;

WHEREAS good cause exists to continue the deadline for filing dispositional documents as the parties have worked diligently to meet the existing deadline but are unable to file on October 20, 2010;

NOW THEREFORE Plaintiffs and Defendants, by and through their respective attorneys of record, jointly request that the Court modify the Minute Order of September 15, 2010 [Dkt. 209] to continue the deadline pursuant to Local Rule 160(b) from October 20, 2010 to October 25, 2010.

DATED: October 20, 2010

Respectfully submitted,

FRIEDMAN | RUBIN

By:    /s/ Richard H. Friedman
       Richard H. Friedman (CA Bar #:  221622)
       Friedman | Rubin
       1126 Highland Ave.
       Bremerton, WA  98337
       (360) 782-4300

*Attorneys for Plaintiffs*

RUMBERGER, KIRK & CALDWELL

By:    /s/ Scott M. Sarason
       Scott Sarason, *Pro Hac Vice*
       Rumberger, Kirk & Caldwell
       Brickwell Bayview Centre, Suite 3000
       80 Southwest 8th Street
       Miami, FL 33130-3037
       (305) 995-5422

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: October 21, 2010              /s/ John A. Mendez
                                     Honorable John A. Mendez
                                     United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| William O. Martin, Jr. (Bar No. 135399)<br>HAIGHT BROWN & BONESTEEL LLP<br>6080 Center Drive, Suite 800<br>Los Angeles, CA 90045-1574 | Scott Sarason, *Pro Hac Vice*<br>Michael Holt, *Pro Hac Vice*<br>RUMBERGER, KIRK & CALDWELL<br>Brickell Bayview Centre, Suite 3000<br>80 Southwest 8th Street<br>Miami, FL  33130-3037 |

/s/ Dana C. Watkins
Dana C. Watkins

*ALFANO v. BRP, et al*
STIPULATION AND [PROPOSED] ORDER
Page 3

Friedman | Rubin
1126 Highland Ave.
Bremerton, WA  98312

PDF created with pdfFactory trial version www.pdffactory.com