1  Ross Bozarth (CA Bar No.: 179171)
   Guenard & Bozarth, LLP
2  8830 Elk Grove Blvd.
   Elk Grove, CA  95624
3  Phone: (916) 714-7672
   Fax: (916) 714-9031
4  Email: rbozarth@gblegal.com

5  Richard H. Friedman (CA Bar No.: 221622)
   Kenneth R. Friedman, *Pro Hac Vice*
6  William S. Cummings, *Pro Hac Vice*
   Henry G. Jones, *Pro Hac Vice*
7  Friedman | Rubin
   1126 Highland Ave.
8  Bremerton, WA  98337
   Phone: (360) 783-4300
9  Fax:  (360) 782-4358
   Email:  rfriedman@friedmanrubin.com
10 kfriedman@friedmanrubin.com
   wcummings@friedmanrubin.com
11 hjones@friedmanrubin.com

12 Don Bauermeister, *Pro Hac Vice*
   Burke & Bauermeister
13 921 W. 6th Avenue, Suite 250
   Anchorage, AK 99501
14 Phone: (907) 688-4088
   Fax: (907) 277-6111
15 Email: dcblaw@alaska.com

16 *Attorneys for Plaintiffs*

   Scott M. Sarason, *Pro Hac Vice*
   Michael R. Holt, *Pro Hac Vice*
   Rumberger, Kirk & Caldwell, P.A.
   80 S.W. 8th Street
   Suite 3000
   Miami, FL 33130
   Phone: 305-358-5577
   Fax: 305-371-7580
   Email: ssarason@rumberger.com
   mholt@rumberger.com

   William O. Martin, Jr. (Bar No. 135399)
   R. Bryan Martin (Bar No. 221684)
   Roxanne Irani (Bar No. 239457)
   Haight Brown & Bonesteel LLP
   6080 Center Driver, Suite 800
   Los Angeles, CA  90045-1574
   Telephone:  (310) 215-7100
   Facsimile:  (310) 215-7300
   Email:  wmartin@hbblaw.com
   bmartin@hbblaw.com
   rirani@hbblaw.com

   *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| 19  NICOLE ALFANO and MICHAEL ALFANO,<br><br>20         Plaintiffs,<br><br>21       vs.<br><br>22  BRP INC., and BRP US INC.,<br><br>23       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:08-CV-01704-JAM-DAD<br><br>**STIPULATION AND  ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**District Judge:      Hon. John A. Mendez** |

24

*ALFANO v. BRP, et al*
STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL
Page 1

Friedman | Rubin
1126 Highland Ave.
Bremerton, WA  98312

PDF created with pdfFactory trial version www.pdffactory.com

1    It is hereby stipulated by and between Nicole and Michael Alfano, plaintiffs, and BRP INC.

2  and BRP US INC., defendants, by and through their attorneys of record, that the above-captioned

3  action be dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

4    DATED:  October 25, 2010

5                                               Respectfully submitted,

6                                               FRIEDMAN | RUBIN

7                                               By:    /s/ Richard H. Friedman
                                                      Richard H. Friedman (CA Bar #:  221622)
8                                                     Friedman | Rubin
                                                      1126 Highland Ave.
9                                                     Bremerton, WA   98337
                                                      (360) 782-4300

10                                              *Attorneys for Plaintiffs*

11                                              RUMBERGER, KIRK & CALDWELL

                                                By:    /s/ Scott M. Sarason
12                                                    Scott Sarason, *Pro Hac Vice*
                                                      Rumberger, Kirk & Caldwell
13                                                    Brickwell Bayview Centre, Suite 3000
                                                      80 Southwest 8th Street
14                                                    Miami, FL 33130-3037
                                                      (305) 995-5422

15                                              *Attorneys for Defendants*

IT IS SO ORDERED.
16
Dated:  October 25, 2010
17
                                                /s/ John A. Mendez
18                                              Honorable John A. Mendez

19                                              United States District Judge

20

21

22

23

24

*ALFANO v. BRP, et al*                                         Friedman | Rubin
STIPULATION AND [PROPOSED] ORDER OF                           1126 Highland Ave.
DISMISSAL                                                     Bremerton, WA  98312

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William O. Martin, Jr. (Bar No. 135399)
HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
Los Angeles, CA 90045-1574

Scott Sarason, *Pro Hac Vice*
Michael Holt, *Pro Hac Vice*
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 Southwest 8th Street
Miami, FL  33130-3037

/s/ Dana C. Watkins
Dana C. Watkins

*ALFANO v. BRP, et al*
STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL
Page 3

Friedman | Rubin
1126 Highland Ave.
Bremerton, WA  98312

PDF created with pdfFactory trial version www.pdffactory.com